IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN SMITH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-4811 |
| VLADIMIR FICHERA, | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this  19th  day of December, 2014, upon consideration of the merits of the First Motion for Summary Judgment filed by Defendant, Vladimir Fichera (Doc. No. 18), to which pro se Plaintiff, Ellen Smith, has not filed any response in opposition, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE